## UNITED STATES BANKRUPTCY COURT
### Western District of Illinois

IN RE:                                          CHAPTER 13
RANDY A. HUGHES
KELLY M. HUGHES                                 CASE NO. 13-80971


### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.


**Name of creditor:    Colonial Savings**              **Court claim #: 7**

**Last four digits** of any number used to identify the debtor's account: 2600


| *Final Cure Amount* | |
| --- | --- |
| Amount of Prepetition Arrears | $13336.95 |
| Amount Paid by Trustee | $13336.95 |


| *Monthly ongoing Mortgage Payment* | | |
| --- | --- | --- |
| Mortgage is paid: | | |
| ☐  Thru the Chapter 13 Plan | ☒ | Direct by Debtor(s) |


Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).


Dated:  7/28/2016                    /s/Lydia S. Meyer_____
                                     Lydia S. Meyer, Trustee
                                     308 W. State St., Suite 212
                                     Rockford, IL  61101


### Certificate of Service
        I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 28th Day of July, 2016.


Dated:  7/28/2016                    /s/Cynthia K. Burnard_____

COLONIAL SAVINGS
ATTN: DEPT 052
2626 B WEST FREEWAY
FORT WORTH, TX 76102-7109

PIERCE AND ASSOCIATES
ATTORNEYS AT LAW
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602-

COLONIAL SAVINGS
PO BOX 2988
FORT WORTH, TX  76113

RANDY A. HUGHES
KELLY M. HUGHES
1154 ARNEITA STREET
SYCAMORE, IL  60178

WRIGHT & ASSOCIATES, PC
ATTORNEY BRIAN K. WRIGHT
437 WEST STATE STREET, SUITE 101
SYCAMORE, IL  60178